IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

IN RE:  JERRY WAYNE STEWART
Arkansas Bar ID #75125
Supreme Court of Arkansas No. 06-260

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 12 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### ORDER

On October 23, 2007, having been provided with a copy of the Opinion entered on April 12, 2007, by the Supreme Court of Arkansas, terminating the license of JERRY WAYNE STEWART to practice law in the State of Arkansas and issuing an Order of Disbarment, this Court issued its Show Cause Order requiring STEWART to show cause within thirty (30) days from the date of service why the identical discipline should not be imposed by this Court. STEWART was served on or about January 9, 2008. On February 12, 2008, STEWART filed a motion for additional time to respond to the Show Cause Order. That motion was granted, and the Court extended the time for STEWART to respond to the Show Cause Order to March 13, 2008. To date, STEWART still has not responded to the Show Cause Order.

Therefore, pursuant to II(D) of the Model Federal Rules of Disciplinary Enforcement, the Court is of the opinion that the records of this Court should show JERRY WAYNE STEWART terminated from the practice of law before the United States District Court for the Eastern District of Arkansas. JERRY WAYNE STEWART is directed to notify this Court when and if he is reinstated by the Arkansas Supreme Court Committee on Professional Conduct.

DATED this 12th day of May, 2008.

*/s/ J. Leon Holmes*
J. LEON HOLMES, CHIEF JUDGE
UNITED STATES DISTRICT COURT

4

Copies were mailed to the following on 05/14/08:

Mr. Jerry Wayne Stewart  
1423 Railroad Avenue  
Benton, AR 72015

Hon. Jimm Larry Hendren  
U. S. District Judge  
P. O. Box 3487  
Fayetteville, AR 72702-3487

Hon. Harry F. Barnes  
U. S. District Judge  
P.O. Box 1735  
El Dorado, AR 71731-1735

Hon. Robert T. Dawson  
U. S. District Judge  
P.O. Box 1624  
Fort Smith, AR 72902-1624

Hon. Audrey Evans  
U. S. Bankruptcy Judge  
300 West Second Street  
Little Rock, AR 72201

Hon. James G. Mixon  
U. S. Bankruptcy Judge  
300 West Second Street  
Little Rock, AR 72201

Hon. Richard Taylor  
U. S. Bankruptcy Judge  
300 West Second Street  
Little Rock, AR 72201

Mr. Christopher Johnson  
U. S. District Court Clerk  
P. O. Box 1547  
Fort Smith, AR 72902-1547

Ms. Jean Rolfs  
U. S. Bankruptcy Court Clerk  
300 West Second Street  
Little Rock, AR 72203

Mr. Richard Willis  
U.S. District Court  
P.O. Box 1547  
Fort Smith, AR 72702-1547

Hon. Ben T. Barry  
U. S. Bankruptcy Judge  
35 East Mountain Street  
Fayetteville, AR 72701

_____  
Robbie Mixon