IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

IN RE:   JERRY WAYNE STEWART
         Arkansas Bar ID #75125
         Supreme Court of Arkansas No. 06-260

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. The Proposed Findings and Recommended Disposition were mailed by the Clerk to two different addresses – the only addresses available to the Court for Mr. Stewart – and returned both times. Mr. Stewart has not notified the Court of any change of address. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

DATED this 10th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE